UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22cr134 |
| Plaintiff | ) ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| JOHN C. DAMPMAN, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of John C. Dampman, which was referred to the Magistrate Judge with the consent of the parties.

On March 17, 2022, the government filed a two count Indictment, charging Defendant John C. Dampman with Bank Robbery, in violation of Title 18 U.S.C. §§ 2133(a) and 2. Defendant Dampman was arraigned on May 19, 2022 and entered a plea of not guilty to Counts 1 and 2 of the Indictment, before Judge Polster. On October 20, 2022, Magistrate Judge Greenberg, received Defendant Dampman's plea of guilty to Counts 1 and 2 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Dampman is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily.

The plea agreement is approved.

Therefore, Defendant Dampman is adjudged guilty to Counts 1 and 2 of the Indictment, in violation of Title 18 U.S.C. §§ 2133(a) and 2, Bank Robbery. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on February 2, 2023 at 10:00 a.m. via video conference.

IT IS SO ORDERED.

s/Dan Aaron Polster     1/4/2023
UNITED STATES DISTRICT JUDGE